UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR21-66 RSM |
| | ) | |
| Plaintiff, | ) | (Proposed) |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATTHEW DWINELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has considered the defense motion to proceed with a plea hearing by video.  For the reasons set forth therein, and pursuant to General Order 16-21, the court finds that the plea hearing in that case should not be further delayed and directs that this matter be scheduled for a plea hearing by way of video.

ORDERED this 7 day of January, 2022.

_____
RICARDO MARTINEZ
U.S. District Court

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney