Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR21-66 RSM |
| Plaintiff, | ) | |
| | ) | ORDER PERMITTING |
| | ) | SEALED FILING OF SENTENCING |
| | ). | MEMORANDUM |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW DWINELL, | ) | |
| Defendant. | ) | |
| | ) | |

The court, having considered the defense motion to file its Sentencing Memorandum under seal, and good cause having been shown, grants the motion.

Dated this 14th day of April, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney